Cyndie M. Chang (SBN 227542)
cmchang@duanemorris.com
Katherine L. Nichols (SBN 228893)
knichols@duanemorris.com
Dan Terzian (SBN 283835)
dterzian@duanemorris.com
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA  90017-5450
Tel.:  213.689.7400
Facsimile:   213.689.7401

Attorneys for Defendant
GLOBAL EXCEL MANAGEMENT, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public trust corporation, on behalf of the University of California, Irvine Medical Center,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EXCEL MANAGEMENT, INC., a Canadian for-profit corporation; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No.: 8:16-cv-00714-DOC-E<br><br>Hon. Charles F. Eick<br><br>**DECLARATION OF ANDREW MCCULLY IN SUPPORT OF JOINT STIPULATION RE: GLOBAL EXCEL'S MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS**<br><br>Date:           February 28, 2017<br>Time:          9:30 a.m.<br>Ctrm:          20 (3rd Floor)<br><br>Discovery Cut-Off:     May 12, 2017<br>Pre-Trial Conference: July 10, 2017<br>Trial date:                    Aug. 1, 2017 |

I, Andrew McCully, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am the Leader of Managed Care for Global Excel Management, Inc. ("Global Excel"). I have held my current position with Global Excel for approximately eleven years.

2. My responsibilities in my position include reviewing provider invoices on behalf of health insurer clients of Global Excel. These reviews include assessment of the various coding systems used on the standard UB-04 forms used by hospitals for billing.

3. A UB-04 form from a hospital will generally contain current procedural technology (CPT) or procedure codes, international classification of diseases (ICD-9) or diagnosis codes, and will always contain a Medicare Severity Diagnosis Related Group ("DRG") code. DRG codes are a pricing system created and used in the Medicare system, however, such codes are also used by private insurers, including clients of Global Excel, in assessing payment.

4. A DRG code takes into consideration both the procedures performed (the CPT code) and the patient's diagnosis (ICD-9 code) to arrive at an overall clinical category of illness. Patients with the same DRG codes are considered to be similar clinically are expected generally to use the same level of hospital resources.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Executed this 20th day of February 2017 at Sherbrooke, Quebec.

_Andrew McCully_
Andrew McCully

DM1\7506883.1
GLOBAL074
DECLARATION OF ANDREW MCCULLY IN SUPPORT OF JOINT STIPULATION