JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public trust corporation, on behalf of University of California, Irvine Medical Center,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL EXCEL MANAGEMENT, INC., a Canadian for-profit corporation, and DOES 1 THROUGH 25, inclusive,<br><br>Defendants. | Case No. 8:16-cv-00714-DOC-E<br><br>Hon. David O. Carter<br><br>**JUDGMENT** |

This case came on regularly for a bench trial on August 8-15, 2017 and was submitted on August 15, 2017. Karlene J. Rogers-Aberman, Shadi Shayan and Shahane Harutyunyan represented plaintiff The Regents of the University of California on behalf the University of California, Irvine Medical Center. Cyndie M. Chang and Dan Terzian represented defendant Global Excel Management, Inc.

Pursuant to the Court's Findings of Fact and Conclusions of Law holding that defendant Global Excel Management, Inc. is liable to Plaintiff for the reasonable value of medical services provided by Plaintiff,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiff, as the prevailing party, shall have judgment on the First Cause of Action of its complaint under a theory of *quantum meruit* in the principal amount of $244,280.54, plus interest at the following rates:

Pursuant to agreement of the parties, pre-judgment interest is awarded at the rate of 10% *per annum* in the amount of $92,323.21.

Post-judgment interest shall be calculated and accrue pursuant to the provisions of 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

Dated: January 29, 2018

_____
Hon. David O. Carter
U.S. District Judge